IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELANIE THOMAS                                                                                    PLAINTIFF

v.                              NO. 3:18-cv-00063 PSH

NANCY A. BERRYHILL, Acting Commissioner                                DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Melanie Thomas has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the application and finds that it should be, and is granted. Plaintiff may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to plaintiff.

IT IS SO ORDERED this 16th day of April, 2018.

UNITED STATES MAGISTRATE JUDGE