IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MELANIE THOMAS                                                                                          PLAINTIFF

v.                              NO. 3:18-cv-00063 PSH

NANCY A. BERRYHILL, Acting Commissioner                                            DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 20th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE